United States District Court
Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   RYAN WILLIAM CAMPBELL,                  Case No. 5:16-cv-01768-HRL

            Plaintiff,
13
                                             **ORDER TO SHOW CAUSE RE
14       v.                                  SETTLEMENT**

     SERGEANT M. BURNS, et al.,              Re: Dkt. No. 34
15
            Defendants.
16

17         The court having been informed that this case has settled, all previously scheduled

18   deadlines and appearances are vacated.

19         **On or before July 14, 2017**, the parties shall file a stipulated dismissal pursuant to Fed. R.

20   Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in

21   Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

22   California on **July 25, 2017, 10:00 a.m.** and show cause, if any, why the case should not be

23   dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in

24   response to this Order to Show Cause no later than **July 18, 2017** advising as to (1) the status of

25   the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26   requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

27   Order to Show Cause hearing will be automatically vacated and the parties need not file a

28

statement in response to this Order.

SO ORDERED.

Dated: July 12, 2017

_____
Howard R. Lloyd
United States Magistrate Judge

United States District Court
Northern District of California